

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of B.M.W., a Minor Child

No. 06-14-00028-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 81876). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 24, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk